IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| DUTKEVITCH, et al | : | CIVIL ACTION |
|---|---|---|
| Plaintiffs, | : | |
| | : | NO. 3:07-cv-01672-TMB |
| v. | : | |
| | : | |
| PA CYBER CHARTER SCHOOL, et al, | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE
## OF PLAINTIFFS' COUNSEL SARAH B. DRAGOTTA, ESQUIRE

CLERK OF COURTS:

Kindly withdraw my appearance as Counsel for Plaintiffs Sharon Dutkevitch and Vincent Dutkevitch in the above case and in any appeal of the above case to the United States Court of Appeals for the Third Circuit.

Respectfully submitted by:

/s/
Sarah B. Dragotta, *Esquire*
Attorney I.D. No. 90081
Former Attorney for Plaintiffs
Sharon Dutkevitch and
Vincent Dutkevitch

Law Office of Sarah B. Dragotta
101 N. Easton Road, Suite 202
Glenside, PA 19038
(215)887-2770 T
(215)887-2577 F

Dated: May 6, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUTKEVITCH, et al | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | NO. 3:07-cv-01672-TMB |
| v. | : | |
| | : | |
| PA CYBER CHARTER SCHOOL, et al, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Sarah B. Dragotta, *Esquire*, being duly sworn and according to law, hereby certify that a true and correct copy of the foregoing <u>Withdrawal of Appearance of Plaintiffs' Counsel Sarah B. Dragotta</u> were electronically filed on the date below and that said documents are available electronically for all Counsel of Record, noted below, on the Court's electronic filing system (ECF). Courtesy copies were sent only to the Plaintiffs at the address below.

John E. Freund, III, *Esquire*
Glenna M. Hazeltine, *Esquire*
John Freund, III
King, Spry, Herman, Freund & Faul Office
One West Broad Street, Suite 700
Bethlehem, PA 18018
(Counsel for Defendants West Side Area Vocational Technical School and
Pittston Area School District) – <u>Notice via the ECF system</u>

Mrs. Sharon Dutkevitch, and on behalf of her son, Vincent Dutkevitch, and
Vincent Dutkevitch
114 South Main Street Rear
3rd Floor Left
Pittston, PA 18640
(Plaintiffs, *Pro se*) – <u>First Class Mail Only</u>

By: /s/
Sarah B. Dragotta, *Esquire*
Attorney I.D. No. 90081
Former Attorney for Plaintiffs

Dated: <u>May 6, 2009</u>